# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

JAMES LOFTIN, )
 )
 Plaintiff, )
 )
 ) No. Civ-05-301-S
VS. )
 )
JO ANNE B. BARNHART, Commissioner, )
Social Security Administration, )
 )
 Defendant. )

## ORDER AND OPINION

On February 5, 2007, the United States Magistrate Judge for this district entered Findings and Recommendations in the above referenced case recommending the findings of the Administrative Law Judge be affirmed. Objections were timely filed to this report. Plaintiff argued that the Report did not adequately consider the plaintiff's argument that the ALJ erred by failing to properly determine his Residual Functional Capacity.

The court finds the Findings and Recommendations are supported by the record.

IT IS THEREFORE ORDERED that the Findings and Recommendations of the Magistrate Judge entered February 5, 2007, are hereby **accepted.**

IT IS FURTHER ORDERED THAT the decision of the Administrative Law Judge is hereby **AFFIRMED.**

**IT IS SO ORDERED** this 30th day of March, 2007.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma